UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PI INNOVO, LLC,

    Plaintiff,

Case No. 14-cv-14818
Hon. Matthew F. Leitman

v.

ADVANCED GREEN
INNOVATIONS, LLC,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT (ECF #12)

On March 11, 2015, Plaintiff Pi Innovo, LLC ("Pi Innovo") filed a motion requesting that the Court enter a default judgment against Defendant Advanced Green Innovations, LLC ("Advanced Green") (the "Default Judgment Motion"). (*See* ECF #12.) The Court held a hearing on the Default Judgment Motion on June 2, 2015. For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Default Judgment Motion is **GRANTED** with respect to liability only. The amount of damages shall be determined following a period of discovery.

    **IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: March 14, 2016

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2016, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (313) 234-5113